1  McGREGOR W. SCOTT
   United States Attorney
2  S. ROBERT TICE-RASKIN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2738

5

6

7                  IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,      )     CR. No. S-04-135-DFL
                                  )
11            Plaintiff,          )     [PROPOSED] FED.R.CRIM.P. 32
                                  )     SENTENCING DETERMINATIONS
12      v.                        )
                                  )
13 KAREN L. YOUNCE,               )
                                  )
14                                )
              Defendant.          )
15 _____ )

16

17 _____A hearing for sentencing and judgment of defendant was

18 conducted on May 9, 2005.  The Court hereby makes the following

19 determinations under Fed.R.Crim.P. 32 (i)(3)(C) with respect to

20 defendant's Objections to the Presentence Report, filed April 18,

21 2005, and objections/arguments raised during the sentencing hearing:

22 Objection # 1: Defendant claims she never used her first two names

23 as an alias.  The Court determines that a ruling is unnecessary

24 because the matter will not affect sentencing and because the Court

25 will not consider the matter in sentencing.

26 Objection # 2: Defendant states that she began work with Alex Yung

27 in 1991.  The Court determines that a ruling is unnecessary because

28 the matter will not affect sentencing and because the Court will not

                                  1

1 consider the matter in sentencing.

2 <u>Objection # 3</u>: Defendant first points out that only part of the Alex

3 Yung operation was assumed by her; the other half was given to one

4 Marcia Doerr.  The Court construes these statements as general

5 information for the Court, not an objection.  The Court takes notice

6 of this information.

7     Next, in her written objections, defendant "disputes the amount

8 of tax loss."  At the sentencing hearing, defense counsel confirmed

9 that defendant has stipulated to a loss between $400,000 and $1

10 Million;  however, defendant does not believe that the loss is at

11 the high-end of that range.  The Court determines that a ruling is

12 unnecessary because there is no dispute that the loss is between

13 those values, and that the corresponding offense level is 20.

14 <u>Objection # 4</u>: Defendant notes that she never filled out any tax

15 returns.  The Court construes this statement as general information

16 for the Court, not an objection.  The Court takes notice of this

17 information.

18 <u>Objection # 5</u>: Defendant notes that her daughter is moving to North

19 Dakota because of her husband's reassignment.  The Court construes

20 this statement as general information for the Court, not an

21 objection.  The Court takes notice of this information.

22 <u>Objections # 6 and 7</u>: Defendant has provided the report of Dr.

23 Wicks, asserts that she is a person with significant mental

24 problems, asserts that she has history of being dependent on others

25 including another individual associated with her offense, and offers

26 other information of a mitigating nature related to her offense in

27 support of a downward departure under USSG 5K2.13 or sentencing

28 leniency under the authority of <u>Booker/Fanfan</u>.  The Court construes

2

1  these statements as information and argument in support of a

2  departure and/or lesser sentence, not an objection per se.  For the

3  reasons stated on the record, the Court declines to depart downward

4  under USSG 5K2.13, or to otherwise sentence below the advisory

5  guideline range on these bases.

6  Objection # 8: Defendant requests incarceration in Dublin,

7  California.  The Court construes this as a request, not an

8  objection.

9  DATED: 6/2/2005

                                    /s/ David F. Levi
10                                 DAVID F. LEVI
                                   Chief Judge
11                                 United States District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28