IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                                    No. CR S-04-0135 DFL GGH

    vs.

KAREN LOUISE YOUNCE,

    Movant.                                        <u>ORDER</u>

_____/

        Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255.

        Movant alleges five grounds for relief but fails to articulate specific facts in support of these claims. For example, movant alleges ineffective assistance of counsel based on her counsel's "lack of knowledge, intentional neglect and ignorance of the above..." These vague and conclusory allegations do not state a colorable claim for ineffective assistance of counsel. To state a colorable ineffective assistance of counsel claim, movant must specifically describe the conduct her counsel engaged in that constituted ineffective assistance.

        Movant also alleges that the court lacked jurisdiction because she is not a citizen, etc. The court does not understand this claim. Movant does not allege why the court lacked jurisdiction because she is not a citizen.

1	Movant also alleges that her conviction should be reversed because the U.S. failed
2	to place the charging document into evidence.  The court does not understand this claim.  If
3	movant includes this claim in an amended motion, she must explain this claim in more detail.
4	For the reasons discussed above, the motion is dismissed with leave to amend.  In
5	the amended motion, movant must separately list each claim and articulate the specific facts
6	which explain the alleged deprivation of her constitutional rights or violation of a federal statute.
7	<u>See</u> Rule 2, Federal Rules Governing Section 2255 Proceedings.
8	Accordingly, IT IS HEREBY ORDERED that movant's motion is dismissed with
9	thirty days to file an amended motion; failure to file an amended motion within that time will
10	result in the recommendation of dismissal of this action.
11	DATED:  3/9/07

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

14	you135.ame