IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,　　　　　　　　No. CR S-04-0135 DFL GGH P

    vs.

KAREN LOUISE YOUNCE,

    Movant.　　　　　　　　FINDINGS & RECOMMENDATIONS

_____/

    By order filed March 9, 2007, movant's motion to vacate, set aside, or correct her sentence was dismissed and thirty days' leave to file an amended motion was granted. The thirty day period has now expired, and movant has not filed an amended motion or otherwise responded to the court's order.

    Although it appears from the file that movant's copy of the order was returned, movant was properly served. It is the movant's responsibility to keep the court apprised of her current address at all times. Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully effective.

    Accordingly, IT IS HEREBY RECOMMENDED:

1. This action be dismissed for movant's failure to file an amended motion; and

2. The Clerk of the Court be directed to close the companion civil case No. CIV-

1

1  06-717 DFL GGH.

2          These findings and recommendations are submitted to the United States District
3  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
4  days after being served with these findings and recommendations, movant may file written
5  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
6  Findings and Recommendations."  Movant is advised that failure to file objections within the
7  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
8  F.2d 1153 (9th Cir. 1991).

9  DATED: 5/31/07                                    /s/ Gregory G. Hollows
                                                     _____
10                                                   UNITED STATES MAGISTRATE JUDGE
   /youn0135.fta