UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**ORDER OF REASSIGNMENT**

Pursuant to the Order of Designation of District Judge to Service in Another District within the Ninth Circuit, and good cause appearing therefor:

IT IS HEREBY ORDERED this action is reassigned from Judge David F. Levi to **Judge D. Lowell Jensen** for all purposes.

The new case number for this action, which must be used on all future documents filed with the court, is: 2:04-cr-0135 DLJ GGH

All dates currently set in this reassigned actions shall remain pending subject to further order of the court.

Dated:  **August 14, 2007**

_____
GARLAND E. BURRELL, JR.
United States District Judge